In the Matter of ROBERT H. WRIGHT, Petitioner, v. FRANCIS B. LOONEY, as Commissioner of Police of the County of Nassau, Respondent.—

Rabin,
Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.